```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05295
   BETTY J FIELDS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
  SSN XXX-XX-3039


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/06/2008 and was confirmed 05/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER     1808.44         44.80          8.73
ARROW FINANCIAL SERV       UNSEC W/INTER      515.03         12.74          2.49
ROUNDUP FUNDING LLC        UNSEC W/INTER     1394.73         34.58          6.73
CHASE MANHATTAN            UNSEC W/INTER      906.73         22.47          4.38
CHASE MANHATTAN            UNSEC W/INTER      352.97           .00           .00
LVNV FUNDING LLC           UNSEC W/INTER      553.75         13.72          2.67
COMMONWEALTH EDISON        UNSEC W/INTER      433.69           .00           .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER      580.22         14.35          2.80
MEDICAL BUSINESS BUREAU    UNSEC W/INTER     1661.90         40.03          8.01
MONROE & MAIN              UNSEC W/INTER      208.32           .00           .00
ONE UNITED BANK            UNSEC W/INTER  NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     1528.39         37.87          7.38
CBUSA/RADIO SHACK          UNSEC W/INTER  NOT FILED           .00           .00
LVNV FUNDING               UNSEC W/INTER     2062.05         51.10          9.95
LVNV FUNDING               UNSEC W/INTER     1564.14         38.78          7.55
LVNV FUNDING               UNSEC W/INTER     1375.84         34.09          6.64
SEVENTH AVENUE             UNSEC W/INTER      372.89           .00           .00
LITTON LOAN SERVICING      CURRENT MORTG        .00            .00           .00
LITTON LOAN SERVICING      SECURED NOT I        .00            .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     9645.45        239.12         46.54
LITTON LOAN SERV           MORTGAGE NOTI NOT FILED           .00           .00
LITTON LOAN SERVICING      MORTGAGE NOTI NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,491.50                     3,491.50
TOM VAUGHN                 TRUSTEE                                         351.28
DEBTOR REFUND              REFUND                                          555.70


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     5,096.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05295 BETTY J FIELDS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                          113.87
    INTEREST                                                       583.65
ADMINISTRATIVE                                                   3,491.50
TRUSTEE COMPENSATION                                               351.28
DEBTOR REFUND                                                      555.70
                                    ---------------      ---------------
TOTALS                                     5,096.00             5,096.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/10/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```